A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 15, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 30, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-28)**

FILED
JUL 15 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 477 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
              Deputy Clerk
Date 07/15/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2100

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 10-2315 | Rikki Smith v. McKesson Corp., et al. | 10-20357- DRH-PMF |
| CAN 3 10-2335 | Sheri Haley v. McKesson Corp., et al. | 10-20358- DRH-PMF |
| CAN 3 10-2344 | Kerri Timmes v. McKesson Corp., et al. | 10-20359- DRH-PMF |
| CAN 3 10-2470 | Sarah Mallory v. McKesson Corp., et al. | 10-20360- DRH-PMF |
| CAN 4 10-2314 | Candra Seaton v. McKesson Corp., et al. | 10-20361- DRH-PMF |
| **ILLINOIS NORTHERN** | | |
| ~~ILN 1 10-3696~~ | ~~Shevawn Feeney v. Bayer Corp., et al.~~ Opposed 7/13/10 | |
| **INDIANA SOUTHERN** | | |
| INS 1 10-648 | Rachel Fenton, et al. v. Bayer Corp., et al. | 10-20362- DRH-PMF |
| **LOUISIANA EASTERN** | | |
| LAE 2 10-1658 | Jennifer Rhoto v. Bayer Corp., et al. | 10-20363- DRH-PMF |
| LAE 2 10-1676 | Heather Gillespie v. Bayer Corp., et al. | 10-20364- DRH-PMF |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 10-104 | In the Matter of the Estate of Cassandra Wilson, et al. v. Bayer Corp., et al. | 10-20365- DRH-PMF |
| **NEW YORK EASTERN** | | |
| NYE 1 10-1171 | Jessica Partin, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20366- DRH-PMF |
| **OHIO SOUTHERN** | | |
| OHS 1 10-19 | Lauren Smanik v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20367- DRH-PMF |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 10-2695 | Melissa A. Stiffler, et al. v. Bayer Corp., et al. | 10-20368- DRH-PMF |